IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Thurman & April Fennell, | : <br> : <br> : Civil Action No.: 5:11-cv-00629-BO <br> : <br> Plaintiffs, : <br> v. : <br> : <br> National Capital Management, Inc.; National Capital Management I, LLC, : <br> : <br> Defendant. : |

**NOTICE OF DISMISSAL TO DEFENDANT NATIONAL CAPITAL MANAGEMENT I, LLC WITH PREJUDICE PURSUANT TO RULE 41(a)**

Plaintiffs, Thurman & April Fennell, by their attorney, hereby voluntarily dismiss National Capital Management I, LLC from the above action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: December 30, 2011

Respectfully submitted,

By: /s/ Stacie Watson

Stacie Watson, Esq. (Bar No.: 23890)
Law Office of Stacie Watson.
P.O. Box 1412
Apex, North Carolina 27502
Telephone: (919) 522-6128
Facsimile: (919) 439-5308
Email: swatson@lemberglaw.com
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905

Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, a true and correct copy of the foregoing Notice of Dismissal was served electronically by the U.S. District Court for the Eastern District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Stacie Watson

Stacie Watson